# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: Adrian ZAVALA

I, Taiwan Dowd, declare and state as follows:

On August 5, 2019, Homeland Security Investigations (HSI) Special Agent (SAs) from the Laredo HSI office received a request for investigative assistance from U.S. Border Patrol Agents (BPAs) at the Laredo North Border Patrol Station.  HSI SAs responded and arrested Adrian ZAVALA for violations of 8 USC 1324 (a)(1)(A)(ii) and (v)(I).

HSI SAs responded to the Laredo North Border Patrol Station and discovered the following:

On August 5, 2019, BPAs observed a tan Chevrolet Suburban inside a locked private ranch off Highway 83 near Laredo, Texas.  BPAs had received information that said vehicle was observed on July 27 and July 28, 2019 entering or attempting to enter the ranch, property owners stated there was no reason for said vehicle to be there.  BPAs advised via radio to be on the lookout for a tan Chevrolet Suburban.

At approximately 8:30 p.m., BPAs overserved a tan Chevrolet suburban matching the description exit a ranch and head east on Highway 44.

At approximately 8:43 p.m., Department of Public Safety (DPS) Trooper attempted to conduct a vehicle stop on the tan Chevrolet Suburban due to the vehicle driving on an improved shoulder when prohibited. The vehicle subsequently failed to yield and attempted to flee.

The Suburban veered off the road into a ranch and rolled over several times.  BPAs observed several subjects being ejected from the vehicle.  Several subjects attempted to abscond into the brush.

Laredo Sector Air and Marine Operations helicopter (Omaha) was on scene and observed one subject, later identified as Adrian ZAVALA exit the driver's seat of the Suburban and attempt to flee.  BPAs immediately placed ZAVALA under arrest.

BPAs searched the area and found eleven (11) subjects who were later determined to be citizens and nationals of various countries with no documents to enter or remain in the United States.

All subjects were transported to various hospitals in San Antonio, Texas and Laredo, Texas due to varying degrees of injuries.

HSI SAs read Adrian ZAVALA, his Miranda Rights in the English language.  ZAVALA acknowledged his rights and decided not to speak with HSI SAs.

The following three individuals are being held as material witnesses and admitted to illegally entering in the United States by crossing the Rio Grande River.  The three individuals admitted to being smuggled to various cities within the United States for various amounts of money.

Material witness Rocio DURAN-Garcia stated she is a citizen and national of Mexico illegally present in the United States.  DURAN-Garcia stated a friend made arrangements for her to be smuggled into the United States for an unknown amount of money.  DURAN-Garcia stated her destination was California.  DURAN-Garcia stated she illegally crossed the Rio Grande River on or about July 27, 2019.  DURAN-Garcia stated she was picked up by a light brown in color truck that she was later apprehended in on August 5, 2019.  DURAN-Garcia described the driver of the truck as male, wearing dark colored clothes, light skin complexion, short hair and no facial hair.  DURAN-Garcia stated she feared for her life when the vehicle rolled over while fleeing from law enforcement.

Material witness Bryan De Jesus GARCIA-Rosales stated he is a citizen and national of El Salvador illegally present in the United States.  GARCIA-Rosales stated a family member made arrangements for him to be smuggled into the United States for the sum of $8,000 United States Dollars (USD), of which $4,000 USD has been paid to smugglers.  GARCIA-Rosales stated his destination was Maryland.  GARCIA-Rosales stated he illegally crossed the Rio Grande River on or about August 2, 2019.  GARCIA-Rosales stated he stayed at a house in an unknown location after crossing. GARCIA-Rosales stated he was picked up by a light-colored truck on August 5, 2019 that he was later apprehended in.  GARCIA-Rosales stated the driver of the truck gave instructions to lay down and not make noise.  GARCIA-Rosales stated he feared for his life.  GARCIA-Rosales stated others told the driver to stop the vehicle.  GARCIA-Rosales stated the driver did not stop and eventually lost control of the truck.

Material witness Tirso PACHECO-Angeles stated he is a citizen and national of Mexico illegally present in the United States.  PACHECO-Angeles stated friends made arrangements for him to be smuggled into the United States for the sum of $4,000 USD, of which $2,000 USD has been paid to smugglers.  PACHECO-Angeles stated his destination was Ohio.  PACHECO-Angeles stated he illegally crossed the Rio Grande River on or about July 28, 2019.  PACHECO-Angeles stated he stayed at a house in an unknown location after crossing. PACHECO-Angeles stated he was picked up by a light brown covered truck or van on August 5, 2019 that he was later apprehended in.  PACHECO-Angeles stated he feared for his life when the vehicle began to roll.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the 6th day of August 2019.

Taiwan Dowd
Special Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE